1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ANTHONY BAGGETT,

No.  2:24-cv-2053 CSK P

12

Plaintiff,

13

v.

ORDER

14

CITY OF FRESNO COUNTY JAIL, et al.,

15

Defendants.

16

17     Plaintiff, proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983,

18     together with a request to proceed in forma pauperis.  In his complaint, plaintiff alleges violations

19     of his civil rights by defendants.  The alleged violations took place in Fresno County, which is

20     part of the Fresno Division of the United States District Court for the Eastern District of

21     California.  See Local Rule 120(d).

22     Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23     division of a court may, on the court's own motion, be transferred to the proper division of the

24     court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of the

25     1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

26     forma pauperis.

27     Good cause appearing, IT IS HEREBY ORDERED that:

28     1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

1

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721.

Dated:    August 2, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

bagg2053.22

2