UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BAGGETT,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO COUNTY JAIL, et al.,<br><br>        Defendants. | No. 1:24-cv-00894-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 6) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On July 18, 2024, the Court ordered Plaintiff to pay the $450.00 filing fee or submit a non-prisoner application to proceed in forma pauperis by a prisoner within 30 days. (ECF No. 6.)

Plaintiff has failed to comply with the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:   **October 1, 2024**                           _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

1